In the Matter of the Claim of CHARLES BREITEL, Appellant, against SAMUEL HINDERSTEIN et al., Doing Business as HINDERSTEIN BROS., et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

(Argued January 11, 1933; decided January 27, 1933.)

*Henry L. Redner* for claimant-appellant.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* and *Isaac Frank* of counsel), for State Industrial Board, appellant.

*William S. Sinclair, James J. Mahoney* and *George J. Stacy* for respondents.

Order affirmed, with costs against State Industrial Board; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.